IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CR54-MOC-DSC

UNITED STATES OF AMERICA

v.

AL ASHFORD,

ORDER

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment numbered above and Arrest Warrant be unsealed,

**IT IS HEREBY ORDERED** that the Bill of Indictment and Arrest Warrant in this matter be **UNSEALED**.

The Clerk is directed to certify two copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: March 26, 2012

David S. Cayer
United States Magistrate Judge